# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**NEGUSSE P. STALEY,**

    **Plaintiff,**

v.                            **CASE NO. 5:13-cv-25-RS-EMT**

**KENNETH S. TUCKER, et al.,**

    **Defendants.**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 39) and Plaintiff's Objections (Doc. 43). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's motion to dismiss (Doc. 34) is **GRANTED**.

3. The case is **DISMISSED without prejudice** for Plaintiff's failure to exhaust available administrative remedies, and the dismissal qualifies as one under 28 U.S.C. § 1915(e)(2)(b)(ii).

4. The clerk is directed to close the file.

**ORDERED** on February 25, 2014.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**